```
 1 │ GORDON SILVER
   │ MICHAEL N. FEDER
 2 │ Nevada Bar No. 7332
   │ Email: mfeder@gordonsilver.com
 3 │ 3960 Howard Hughes Pkwy., 9th Floor
   │ Las Vegas, Nevada 89169
 4 │ Tel: (702) 796-5555
   │ Fax: (702) 369-2666
 5 │
   │ COOLEY, LLP
 6 │ JOHN C. DWYER (Pro Hac Vice To Be Submitted)
   │ California Bar No. 136533
 7 │ Email: jdwyer@cooley.com
   │ JESSICA VALENZUELA SANTAMARIA (Pro Hac Vice Application Pending)
 8 │ California Bar No. 220934
   │ Email: jsantamaria@cooley.com
 9 │ ADAM C. TRIGG (Pro Hac Vice To Be Submitted)
   │ California Bar No. 261498
10 │ Email: atrigg@cooley.com
   │ Five Palo Alto Square
11 │ 3000 El Camino Real
   │ Palo Alto, California 94306
12 │ Tel: (650) 843-5000
   │ Fax: (650) 849-7400
13 │
   │ Attorneys for Defendant Kennith C. Johnson
14 │
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| M. AILEEN MORNINGSTAR and ALICE SLETTEDAHL, Derivatively on Behalf of Nominal Defendant RINO INTERNATIONAL CORPORATION,<br><br>               Plaintiffs,<br><br>vs.<br><br>QIU JIANPING, ZOU DEJUN, KENNITH C. JOHNSON, QUAN XIE, BEN WANG, LI YU, BRUCE RICHARDSON, YI LIU and ZHANG WEIGUO,<br><br>               Defendants.<br>and<br><br>RINO INTERNATIONAL CORPORATION,<br><br>Nominal Defendant. | CASE NO. 2:13-cv-427-MMD-GWF<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL and LEAD COUNSEL FOR WEIGUO ZHANG** |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103002-001.0002/1935617.doc

1  Defendant Weiguo Zhang, ("Zhang") hereby authorizes and consents to substitution of
2  MICHAEL N. FEDER of the law firm GORDON SILVER and JOHN C. DWYER, JESSICA
3  VALENZUELA SANTAMARIA, and ADAM C. TRIGG of the law firm COOLEY, LLP, in the
4  place and stead of the law firm of NEAL A. POTISCHMAN and MICHAEL R. PETROCELLI
5  of the law firm DAVIS, POLK AND WARDWELL LLP and ABRAN E. VIGIL of the law firm
6  BALLARD SPAHR LLP as his attorneys of record in the instant action.
7  Dated this 20th day of May, 2013.

_____
WEIGUO ZHANG

10  NEAL A. POTISCHMAN and MICHAEL R. PETROCELLI of the law firm DAVIS
11  POLK & WARDWELL LLP and ABRAN E. VIGIL of the law firm BALLARD SPAHR LLP,
12  hereby authorize and consent to the substitution of MICHAEL N. FEDER of the law firm
13  GORDON SILVER and JOHN C. DWYER, JESSICA VALENZUELA SANTAMARIA, and
14  ADAM C. TRIGG of the law firm COOLEY, LLP, in its place and stead as attorneys of record
15  for Defendant Weiguo Zhang, in the instant action.
16  Dated this 20th day of May, 2013.

DAVIS POLK & WARDWELL LLP

_____
NEAL A. POTISCHMAN
MICHAEL R. PETROCELLI
1600 El Camino Real
Menlo Park CA 94025
Attorneys for Weiguo Zhang

BALLARD SPAHR LLP

_____
ABRAN E. VIGIL
100 City Parkway
Suite 1750
Las Vegas, NV 89106
Attorneys for Weiguo Zhang

27  MICHAEL N. FEDER of the law firm GORDON SILVER and JOHN C. DWYER,
28  JESSICA VALENZUELA SANTAMARIA, and ADAM C. TRIGG of the law firm COOLEY,

Gordon Silver
Attorneys At Law
Ninth Floor
60 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103002-001.0002/1935617.doc

LLP, hereby authorize and consent to their substitution in the place and stead of the law firm of DAVIS POLK & WARDWELL LLP and BALLARD SPAHR LLP, as attorneys of record for Defendant, Weiguo Zhang, in the instant action.

Dated this 21st day of May, 2013.

GORDON SILVER

*/s/ Michael N. Feder*

MICHAEL N. FEDER
Nevada Bar No. 7332
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
Attorneys for Defendant Kennith C. Johnson and Weiguo Zhang

COOLEY, LLP

*/s/*

JOHN C. DWYER *(Pro Hac Vice To Be Submitted)*
California Bar No. 136533
JESSICA VALENZUELA SANTAMARIA *(Pro Hac Vice Application Pending)*
California Bar No. 220934
ADAM C. TRIGG *(Pro Hac Vice To Be Submitted)*
California Bar No. 261498
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
Attorneys for Defendant Kennith C. Johnson and Weiguo Zhang

APPROVED:

*/s/ George Foley Jr.*

GEORGE FOLEY, JR.
United States Magistrate Judge

Dated: May 22, 2013

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103002-001.0002/1935617.doc

# CERTIFICATE OF SERVICE

The undersigned, an employee of Gordon Silver, hereby certifies that on the 21st day of May, 2013, she caused a copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL and LEAD COUNSEL FOR WEIGUO ZHANG**, to be served electronically to all parties of interest through the Court's CM/ECF system as follows:

| | |
|---|---|
| Curtis B. Coulter, Esq.<br>Law Offices of Curtis B. Coulter, PC<br>Email: ccoulter@coulterlaw.net | Richard Gordon, Esq.<br>Snell & Wilmer<br>Email: rgordon@swlaw.com |
| Patricia Lundvall, Esq.<br>Kristen T. Gallagher, Esq.<br>McDonald Carano Wilson, LLP<br>Email: kgallagher@mcdonaldcarano.com;<br>plundvall@mcdonaldcarano.com | John C. Dwyer, Esq.<br>Adam C. Trigg, Esq.<br>Jessica Valenzuela Santamaria, Esq.<br>Jonathan Bach<br>Cooley, LLP<br>Email: jdwyer@cooley.com;<br>atrigg@cooley.com; jbach@cooley.com;<br>jsantamaria@cooley.com |
| Eric L. Zagar, Esq.<br>Robin Winchester, Esq.<br>Kessler Topaz Meltzer & Check, LLP<br>Email: ezagar@ktmc.com;<br>rwinchester@ktmc.com | Emily V. Griffen, Esq.<br>Patrick D. Robbins, Esq.<br>Sherman & Sterling, LLP<br>Email: egriffen@shearman.com;<br>probbins@shearman.com |
| Michael R. Petrocelli, Esq.<br>Neal A. Potischman, Esq.<br>Davis Polk & Wardwell, LLP<br>Email: michael.petrocelli@davispolk.com;<br>neal.potischman@davispolk.com | |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103002-001.0002/1935617.doc

4

And via U.S. Mail to:

| Daniel Lawrence Germain, Esq.<br>Rosman and Germain, LLP<br>16311 Ventura Boulevard Suite 1200<br>Encino, CA 91436-2152 | Diane M Doolittle, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 |
|---|---|
| Lindsay R Pennington, Esq.<br>Michael C. Tu, Esq.<br>Orrick Herrington & Sutcliffe, LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017 | Robert David Weber, Esq.<br>DLA Piper US, LLP<br>North Tower<br>2000 Avenue of the Stars Suite 400<br>Los Angeles, CA 90067-4704 |

An employee of GORDON SILVER

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103002-001.0002/1935617.doc

5