# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

M. AILEEN MORNINGSTAR, *et al.*,

    Plaintiffs,

v.

QUI JIANPING, *et al.*,

    Defendants.

Case No. 2:13-CV-00427-KJD-GWF

**ORDER**

    On May 31, 2013, Magistrate Judge Foley granted Defendants' Motion to Stay (#125). However, there is no longer any reason to stay this proceeding. Accordingly, the stay is lifted. The parties are encouraged to move this matter toward resolution via either stipulation or motion.

    On October 24, 2013, the Clerk of Court issued notice to Plaintiff of Rule 4(m) violations. (#152). Specifically, no proof of service had been filed for the Amended Complaint as to Quan Xie, Ben Wang, Li Yu, and Yi Liu. However, this action was stayed at the time of notice. The Amended Complaint was filed on May 3, 2013, while the matter was stayed on May 31 of the same year. Accordingly, 28 days of the 120 provided by Rule 4(m) had already lapsed. Plaintiff is hereby afforded the remaining 92 days to file service on the parties named above. If proof of service is not filed with the Court within 92 days, the action will be dismissed without prejudice as to the unserved parties.

    DATED this 26th day of November 2013.

                                                     Kent J. Dawson
                                                     United States District Judge