# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

M. AILEEN MORNINGSTAR, *et al.*,

    Plaintiffs,

v.

QIU JIANPING, *et al.*,

    Defendants.

Case No. 2:13-CV-00427-KJD-GWF

**ORDER**

Before the Court is Plaintiff M. Aileen Morningstar *et al.*'s Motion for Constructive Trust (#144). Defendants opposed (#147) and Plaintiffs replied (#148).

Plaintiffs acknowledge that they

> fully appreciate that if the Nevada District Court grants preliminary approval of the proposed settlement in [the related] action, and if the Nevada District Court overrules Plaintiffs' objections to that illusory settlement, and if the Nevada District Court grants final approval of that settlement, Plaintiffs [*sic*] claims on behalf of RINO in this Action will be released.

(#96; 10:17-21).

The Court granted final approval of the settlement in 2:10-CV-02209-KJD-GWF on August 9, 2013 (#163). Accordingly, but in an abundance of caution, the Court **HEREBY DENIES** Plaintiff's Motion for Constructive Trust (#144) without prejudice.

DATED this 10th day of December 2013.

_____
Kent J. Dawson
United States District Judge