1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| M. AILEEN MORNINGSTAR and ALICE SLETTEDAHL, Derivatively on Behalf of Nominal Defendant RINO INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v<br><br>QIU JIANPING, ZOU DEJUN, KENNITH C. JOHNSON, QUAN XIE, BEN WANG, LI YU, YI LIU AND ZHANG WEIGUO,<br><br>Defendants,<br><br>and<br><br>RINO INTERNATIONAL CORPORATION,<br><br>Nominal Defendant. | Case No. 2:13-cv-00427-KJD-GWF |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)**

AND NOW on this 6th day of January 2014, upon consideration of Plaintiffs M. Aileen Morningstar and Alice Slettedahl's ("Plaintiffs") Unopposed Motion to Voluntarily Dismiss Action Pursuant to Fed. R. Civ. P. 41(a) ("Motion"), IT IS HEREBY ORDERED as follows:

1. Plaintiffs' Motion is GRANTED;

2. The above-captioned action is hereby DISMISSED WITH PREJUDICE; and

3. No party shall seek a bill of costs from this Court per L.R. 54 or any other rule or statute permitting reimbursement of any costs.

_____
Hon. Kent J. Dawson
United States District Judge